GEORGE W. GLYNN, Administrator, etc., Appellant, *v.* THE
SEAMAN'S BANK FOR SAVINGS IN THE CITY OF NEW YORK,
Respondent.

(Submitted November 27, 1888; decided December 4, 1888.)

MOTION to dismiss an appeal from a judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, made May 12, 1887, which affirmed a judgment of the General Term of the City Court

of New York reversing a judgment for plaintiff entered on the verdict and dismissed the complaint.

*Strong & Cadwalader* for motion.

*Raphael J. Moses* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.